**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| **THOMAS KAPPOS** | Case No.: 1:25-cv-01941 |
| Plaintiff, | Judge Patricia A. Gaughan |
| vs. | **PLAINTIFF'S PRELIMINARY BUDGET ESTIMATE OF ATTORNEY FEES AND COSTS** |
| **SPIRE RECOVERY SOLUTIONS, LLC** | |
| Defendant(s) | |

Counsel for Plaintiff Thomas Kappos hereby submits their preliminary budget of attorneys' fees and costs expected pursuant to the Court's October 1, 2025 *Case Management Conference Scheduling Order* (Doc. 4):

### Attorneys' Fees

| | |
|---|---|
| Preliminary Investigation & Filing the Complaint | $3,000.00 |
| Discovery | $12,500.00 |
| Dispositive Motions Practice | $12,500.00 |
| Settlement Negotiations | $5,000.00 |
| Trial (including preparation) | $40,000.00 |
| **TOTAL** | **$73,000.00** |

### Costs

| | |
|---|---|
| Filing Fees | $402.00 |
| Depositions | $5,000.00 |
| Expenses | $5,000.00 |
| Witness Fees | $500.00 |
| Other (i.e., copies, postage, overnight, exhibits) | $5,000.00 |

**TOTAL** $15,902.00

Respectfully Submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marita I. Ramirez (00101882)
Marc E. Dann (0039425)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216)373-0536
notices@dannlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, hat a true and accurate copy of the foregoing *Preliminary Estimate of Fees and Expenses* was filed via the CM/ECF system that will send notification to all counsel of record.

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marita I. Ramirez (00101882)
Marc E. Dann (0039425)
DannLaw
*Co-Counsel for Plaintiff*